**Rodney FOSTER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 100374.**

Missouri Court of Appeals,
Eastern District,
Division Five.

June 30, 2011.

Amy Faerber, St. Louis, MO, for appellant.

Chris Koster, Dora A. Fichter, Jefferson City, MO, for respondent.

---

Before: ROBERT M. CLAYTON III, C.J., GARY M. GAERTNER, JR., J., and GARY A. KAMP, S.J.

### ORDER

PER CURIAM.

Rodney Foster (Movant) appeals the denial of his motion for post-conviction relief under Mo. R.Crim. P. 29.15 (2013). We affirm. An extended opinion would have no precedential value and we affirm by written order. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed pursuant to Mo. R. Civ. P. 84.16(b) (2013).